AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| GEOFFREY ROGERS | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-6583 |
| CITY OF ROCHESTER, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

County of Monroe, Todd Baxter

Date: 01/03/2023

*Attorney's signature*

Maria Rodi
*Printed name and bar number*

Monroe County Law Department
39 W. Main Street, Room 307
Rochester, NY 14614

*Address*

MariaRodi@monroecounty.gov
*E-mail address*

(585) 753-1495
*Telephone number*

(585) 324-1658
*FAX number*