UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GEOFFREY ROGERS,

                        Plaintiff(s),

*MEDIATION CERTIFICATION*

__22__ - cv - __6583__

                v.

CITY OF ROCHESTER, et al.,

                       Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___5/9/23___.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.*

**Date:** 07/12/2023            **Mediator:** */S/* Amanda G. Williams

**Additional Comments:**
_____
_____
_____